USDC SCAN INDEX SHEET

















```
MSM    11/5/98    9:45
3:98-CR-03240   USA V. SIEGEL
*1*
*CRINDI.*
```

98 NOV -4 PM 3:21

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 1998 Grand Jury      98 cr 3240 B

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Ancillary to 95CR1187B |
| LAWRENCE P. SIEGEL, ) | Title 18, U.S.C., Sec. 3146 - Bail Jumping (Felony) |
| Defendant. ) | |

The grand jury charges:

On or about April 19, 1996, within the Southern District of California, defendant LAWRENCE P. SIEGEL did knowingly fail to appear as required before the United States District Court in San Diego, California, after having been released on or about February 28, 1995, pursuant to the Bail Reform Act of 1984 (Title 18, United States Code, Sections 3141-3150) in connection with the felony charge of False Statements, in violation of Title 18, United States Code, Section 1001; all in violation of Title 18, United States Code, Section 3146.

DATED: November 4, 1998.

A TRUE BILL:

_____
Foreperson

CHARLES G. La BELLA
United States Attorney

By: _____
RICHARD C. CHENG
Assistant U.S. Attorney

RCC:kro:San Diego
11/04/98

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Lawrence P Siegel

**WARRANT FOR ARREST**

**CASE NUMBER:** 98 cr 3240 B

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Lawrence P Siegel___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:3146 - Bail Jumping (Felony)

In violation of Title ___See Above___ United States Code, Section(s) _____

Roberta Westdal
Name of Issuing Officer

Maxine S. Tasamai
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

11/4/98, San Diego, CA
Date and Location

Bail fixed at $ ___No Bail Set___ by ___The Honorable William B Enright___
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

I hereby attest and certify on 11/4/98
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

FILED

98 NOV -4 PM 3: 21

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 1998 Grand Jury          98 cr 3240 B

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | **I N D I C T M E N T** |
| v. | ) | Ancillary to 95CR1187B |
| LAWRENCE P. SIEGEL, | ) | Title 18, U.S.C., Sec. 3146 - Bail Jumping (Felony) |
| Defendant. | ) | |

The grand jury charges:

On or about April 19, 1996, within the Southern District of California, defendant LAWRENCE P. SIEGEL did knowingly fail to appear as required before the United States District Court in San Diego, California, after having been released on or about February 28, 1995, pursuant to the Bail Reform Act of 1984 (Title 18, United States Code, Sections 3141-3150) in connection with the felony charge of False Statements, in violation of Title 18, United States Code, Section 1001; all in violation of Title 18, United States Code, Section 3146.

DATED: November 4, 1998.

A TRUE BILL:

_____
Foreperson

CHARLES G. La BELLA
United States Attorney

By: _____
RICHARD C. CHENG
Assistant U.S. Attorney

RCC:kro:San Diego
11/04/98